UNITED STATES DISTRICT COURT    FILED
DISTRICT OF MASSACHUSETTS IN CLERK'S OFFICE

UNITED STATES OF AMERICA          )
                                  )          2005 MAR -2  A II: 30
         v.                       )
                                  )    CRIMINAL NO. 05-30002-MAP
                                  )          U.S. DISTRICT COURT
                                  )          DISTRICT OF MASS
FRANK DEPERGOLA, and              )
ARMANDO BOTTA,                    )
                                  )
         Defendants.              )

GOVERNMENT'S MOTION TO UNSEAL AND SUBMIT REDACTED INDICTMENT

The United States of America, by Michael J. Sullivan, United

States Attorney for the District of Massachusetts, moves this

Court, pursuant to Local Rule 7.2, to unseal the Indictment in

the above referenced case.

The government further requests that the Indictment be

redacted to exclude the name of the victim. As grounds for this

motion, the government states that all defendants have been

arrested and therefore there is no reason to further seal the

Indictment. The reason for providing redacted copies is to

protect the ongoing investigation as well as to protect the

privacy interests of any victims and government witnesses.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    _____
       Ariane D. Vuono
       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden,   ss.                              Springfield, Massachusetts
                                            March 2, 2005


     I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by mail on all
counsel of record.


                                    _____
                                    Ariane D. Vuono
                                    Assistant U.S. Attorney