AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  ___MASSACHUSETTS___

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    ARMANDO Botta
For Arraignment only

3-2-05
Date

Signature

Print Name: Ray Anderson

Address: 935 Main St

City: Spfd   State: MA   Zip Code: 01103

Phone Number: 736-2400