*CR 05-30002-MAP*
*Re...*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>(1) FRANK DEPERGOLA, and )<br>(2) ARMANDO BOTTA, )<br><br>      Defendants. )<br> ) | Crim. No.  05-30002-MAP<br><br>VIOLATIONS:<br><br>18 U.S.C. § 894<br>(conspiracy    to    collect<br>extensions    of    credit    by<br>extortionate means)<br>(Count One)<br><br>18 U.S.C. § 894(a)<br>(collecting extensions of credit<br>by extortionate means)<br>(Count Two)<br><br>18 U.S.C. § 2<br>(aiding and abetting)(Count Two) |

**INDICTMENT**

The Grand Jury charges:

COUNT ONE:    [Title 18, United States Code, Section 894: Conspiracy to Collect Extensions of Credit by Extortionate Means]

1.    From a time unknown to the grand jury, but no later than September 1996, up to and including May 2003, the exact dates being unknown to the grand jury, in the District of Massachusetts and elsewhere,

FRANK DEPERGOLA, and
ARMANDO BOTTA,

defendants herein, together with others known and unknown to the grand jury, did unlawfully and knowingly combine, conspire, confederate and agree among themselves and each other to commit certain offenses against the United States, to wit, to collect extensions of credit by extortionate means.

All in violation of Title 18, United States Code, Section 894.

<u>COUNT TWO</u>:      [Title 18, United States Code, Sections 894(a) and
                2: Collecting Extensions of Credit By Extortionate
                Means; Aiding and Abetting]

        1.   From on or about September 1996 to in or about May 2003,

in the District of Massachusetts, the defendants,

                        FRANK DEPERGOLA, and
                        ARMANDO BOTTA

did participate in the use of extortionate means within the meaning

of Title 18, United States Code, Section 891(7), to collect and

attempt to collect an extension of credit; that is, the defendants

did unlawfully and knowingly, expressly and implicitly threaten the

use of violence and other criminal means to cause harm to the

person, reputation, and property of ██████████ in order to

collect and attempt to collect an extension of credit within the

meaning of Title 18, United States Code, Section 891, from the said

██████████

        All in violation of Title 18, United States Code, Sections

894(a) and 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ARIANE D. VUONO
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS:

    Returned into the District Court by the Grand Jurors and filed
on January _4_, 2005.


_____
DEPUTY CLERK OF COURT