AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

### APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*Armando Botta*

4/25/05
Date

*Lori Levinson*
Signature

*Lori Levinson*
Print Name

66 West St
Address

Pittsfield     MA     01201
City          State      Zip Code

(413) 443-4771
Phone Number