1UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| - against - ] | 05CR30002-MAP |
| ] | |
| ARMANDO BOTTA ] | |

## MOTION FOR TEMPORARY MODIFICATION OF
## A CONDITION OF RELEASE

Now comes the Defendant ARMANDO BOTTA, by and through his attorney, Lori H. Levinson, and hereby moves for a temporary modification of a condition of his release, as ordered by the Honorable Kenneth J. Neiman on or about March 2, 2005.

Specifically, one of the "additional conditions" of Mr. Botta's release is that his travel is restricted to Hampden County, Massachusetts. We respectfully request that that condition be temporarily modified to allow him to travel to Connecticut for the day on June 18, 2005 for the purpose of attending a family wedding. The wedding is to be held at 123 High Ridge Road, Stamford, CT at 3:30 p.m. Mr. Botta would return to his residence in Massachusetts immediately after the wedding.

On information and belief, Mr. Botta has been in full compliance with all conditions of his release to date.

Respectfully submitted,

Lori H. Levinson
BBO#566685
CAIN HIBBARD MYERS & COOK, P.C.
66 West Street
Pittsfield, MA 01201
(413) 443-4771

Dated: May 18, 2005

## CERTIFICATION

I hereby certify that a copy of the within was delivered by first-class mail this 19[h] day of September, 2005 to:

| | |
|---|---|
| Ariane D. Vuono | Pretrial Services |
| Assistant U.S. Attorney | 1550 Main Street |
| 1550 Main Street | Springfield, MA 01103 |
| Springfield, MA 01103 | |

Lori H. Levinson