UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA ]
]
- against - ]
] 05CR30002-MAP
ARMANDO BOTTA ]
]

## MOTION FOR EXTENISON OF TIME
## TO FILE MEMORANDUM OF LAW

Now comes the defendant, Armando Botta, by and through his attorney, Lori H. Levinson, and hereby moves this Honorable Court to extend the time for the filing of his Memorandum of Law in Support of Motion to Dismiss. The defendant requests an extension until September 23, 2005.

Respectfully submitted,
ARMANO BOTTA

By His Attorney

Lori H. Levinson
BBO#566685
CAIN HIBBARD MYERS & COOK, P.C.
66 West Street
Pittsfield, MA 01201
(413) 443-4771

Dated: September 9, 2005

## CERTIFICATION

      I hereby certify that a copy of the within was delivered by first-class mail this 9th day of September, 2005 to:

| | |
|---|---|
| Ariane D. Vuono<br>Assistant U.S. Attorney<br>1550 Main Street<br>Springfield, MA  01103 | Michael L. Foy, Esq.<br>935 Main Street, Suite 203<br>Springfield, MA  01103 |

_____
Lori H. Levinson