UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ]<br>]<br>- against - ]<br>]<br>ARMANDO BOTTA ] | 05CR30002-MAP |

## MOTION TO DISMISS

Now comes the defendant, Armando Botta, by and through his attorney, Lori H. Levinson, and hereby moves pursuant to Rule 12(b)(2) of the Federal Rules of Criminal Procedure to Dismiss the indictment pending against him. As grounds therefore, the defendant states that the charges in the indictment fail to set forth an offense because the indictment fails to allege any specific acts constituting the crimes charged. The indictment fails to state with specificity any acts constituting an extension of credit, it fails to allege any indebtedness and fails to set forth any facts supporting the allegation that Armando Botta either extended credit or participated in a conspiracy to do so. There is a complete lack of allegations setting forth any acts by which the government charges Mr. Botta with joining a conspiracy or committing any acts in furtherance of a conspiracy. Finally, there are no allegations setting forth any acts of violence or other criminal means on the part of Mr. Botta in order to commit the crimes charged.

                                                           Respectfully submitted,
                                                           ARMANO BOTTA

                                                           By His Attorney

                                                           */s/ Lori H. Levinson*
                                                          Lori H. Levinson
                                                          BBO#566685
                                                          CAIN HIBBARD MYERS & COOK, P.C.
                                                          66 West Street
                                                          Pittsfield, MA 01201
Dated: September 9, 2005                 (413) 443-4771