UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ARMANDO BOTTA | 05CR30002-MAP |

### AFFIDAVIT IN SUPPORT OF
### MOTION TO DISMISS

I, LORI H. LEVINSON, hereby state, under the penalties of perjury, as follows:

1. I am the attorney for the Defendant in this case, therefore, I am fully familiar with all of the facts and circumstances of the case so far. This affidavit is based on my own personal knowledge and belief, on conversations with my client and on a review of the indictment filed in this case and discovery provided by the government.

2. The attached Motion to Dismiss will be supported by a Memorandum of Law that will be submitted to this Court on or before September 23, 2005, as well as on the indictment and discovery provided by the government.

Sworn and subscribed to under the pains and penalties of perjury this 9th day of September, 2005.

_____
LORI H. LEVINSON, ESQ.