AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ARMANDO BOTTA

## WARRANT FOR ARREST

CASE NUMBER: 05-300___-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Armando Botta___
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to collect extensions of credit by extortionate means and collecting extensions of credit by extortionate means

in violation of
Title ___18___ United States Code, Section(s) __894, 894(a)__

Kenneth P. Neiman
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_[date] — Springfield, Massachusetts_
Date and Location

Bail fixed at $ _____ by _____
                                         Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Commerce High Sp'field_

| DATE RECEIVED 05/03/2005 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05/03/2005 | Special Agent Christopher J. Dillon | _[signature]_ |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   Armando Botta

ALIAS:

LAST KNOWN RESIDENCE: 33 Alexander Street, Agawam, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):   1974

SOCIAL SECURITY NUMBER (last 4 digits only):  1083

HEIGHT:                                              WEIGHT:

SEX:      male                                       RACE:

HAIR:                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: