UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

                           **CASE NO. 05-30002 - MAP**

         **V.**
**FRANK DEPERGOLA**
**ARMANDO BOTTA**

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTIONS TO DISMISS on 12/22/05 at 11:30 A.M. before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

                                                  SARAH THORNTON
                                                  CLERK OF COURT

__11/28/05__                              By: __/s/ Elizabeth A. French__
   Date                                       Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                           [kntchrgcnf.]
                                                                                 [ntchrgcnf.]