UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    ]
UNITED STATES OF AMERICA            ]
                                    ]
   - against -                      ]
                                    ]         05CR30002-MAP
ARMANDO BOTTA                       ]
_____ ]

## MOTION TO CONTINUE STATUS CONFERENCE

Now comes the defendant, Armando Botta, by and through his attorney, Lori H. Levinson, and hereby moves this Honorable Court to continue the status conference currently scheduled for February 22, 2006 at 10 o'clock a.m. to February 28, 2006 or any date thereafter that is convenient for the Court and other counsel.

As grounds therefore, counsel states that she will be out of state from February 20 through February 27, 2006 on a family vacation.

                                        Respectfully submitted,
                                        ARMANDO BOTTA

                                        By His Attorney

                                        /s/ Lori H. Levinson
                                        Lori H. Levinson
                                        BBO#566685
                                        CAIN HIBBARD MYERS & COOK, P.C.
                                        66 West Street
                                        Pittsfield, MA  01201
                                        (413) 443-4771

Dated:  February 8, 2006

## CERTIFICATION

I hereby certify that a copy of the within was delivered by first-class mail this 8th day of February, 2006 to:

| | |
|---|---|
| TODD NEWHOUSE<br>Assistant U.S. Attorney<br>1550 Main Street<br>Springfield, MA  01103 | Pretrial Services<br>1550 Main Street<br>Springfield, MA  01103 |

*/s/ Lori H. Levinson*
Lori H. Levinson