UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
          V.              )         CR-05-30002-MAP
                          )
(1) FRANK DEPERGOLA, and  )
(2) ARMANDO BOTTA,        )
```

<u>GOVERNMENT'S REQUEST FOR VOIR DIRE QUESTIONS</u>

The United States of America submits the attached requested voir dire questions pursuant to F.R.Crim. P. 24(a).

1. Do you have difficulty in reading or understanding the English language?

    ( ) Yes  ( ) No

2. A portion of the evidence in this case will consist of tape recordings of conversations some of which will have background noise and interference; do you have any problem with your hearing that would interfere with your ability to listen to this evidence?

    ( ) Yes  ( ) No

    If yes, please explain:_____
    _____
    _____

3. In investigating this case, after obtaining the consent of one of the parties to the conversation, the government used hidden audio recording devices, (sometimes called "body wires"), and hidden video recording equipment. Would the

1

fact that the government used secret recording devices, for a period of months, interfere with your ability to give fair consideration to tape-recorded evidence obtained by such means when the consensual video recordings and "body wires" were authorized by a federal law?

(  ) Yes    (  ) No

If yes, please explain:_____

_____

_____

 

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

       By:  /s/  Todd E. Newhouse
           _____
           TODD E. NEWHOUSE
           Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden,  ss.                Springfield, Massachusetts
                                    June 2, 2006

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                       /s/ Todd E. Newhouse

                       TODD E. NEWHOUSE
                       Assistant U.S. Attorney