UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| - against - | ]  05CR30002-MAP |
| ARMANDO BOTTA | ] |

## MOTION FOR ADDITIONAL VOIR DIRE

The Defendant, ARMANDO BOTTA, by his attorney, Lori H. Levinson, hereby requests, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, that the jury be questioned on whether or not they had heard anything about an incident in 1991 involving the serious beating of a young man from Minnechaug High School by a group of other young men from Cathedral High School at a McDonald's restaurant on Allen Street in Springfield.

As grounds therefore, the Defendant states that there was a tremendous amount of publicity surrounding the crime itself, in which the Defendant was charged as one of four young men who inflicted the beating, and the subsequent trial held in Hampden County Superior Court, at the end of which the Defendant was convicted and sentenced to serve 2 ½ years in the House of Corrections.

If any member of the jury panel was aware of that case, counsel requests that either the Court or counsel be permitted to inquire of the potential juror as to whether any publicity they viewed regarding that case would affect their ability to sit as an impartial juror.

Respectfully submitted,
ARMANDO BOTTA

By His Attorney

Lori H. Levinson
BBO#566685
CAIN HIBBARD MYERS & COOK, P.C.
66 West Street
Pittsfield, MA  01201
(413) 443-4771

Dated:  June 12, 2006