EXHIBIT LIST
U.S. v. ARMANDO BOTTA
CRIMINAL NO. 05-30002-MAP

| EXHIBIT NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|
| 1 | 5/9/01 Audiotape | | |
| 1A | 5/9/01 Transcript | | |
| 2 | 5/22/01 VHS | | |
| 2A | 5/22/02 Transcript | | |
| 3 | 6/5/01 VHS | | |
| 3A | 6/5/01 Transcript | | |
| 4 | 6/6/01 VHS | | |
| 4A | 6/6/01 Transcript | | |
| 5 | 6/21/01 VHS | | |
| 5A | 6/21/01 Transcript | | |
| 6 | 6/26/01 VHS | | |
| 6A | 6/26/01 Transcript | | |
| 7 | 7/18/01 VHS | | |
| 7A | 7/18/01 Transcript | | |
| 8 | 7/28/01 VHS | | |
| 8A | 7/28/01 Transcript | | |
| 9 | 8/16/01 VHS | | |
| 9A | 8/16/01 Transcript | | |
| 10 | 9/22/01 VHS | | |
| 10A | 9/22/01 Transcript | | |
| 11 | 10/6/01 VHS | | |
| 11A | 10/6/01 Transcript | | |

EXHIBIT LIST
U.S. v. ARMANDO BOTTA
CRIMINAL NO. 05-30002-MAP

| EXHIBIT NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|
| 12 | 10/23/01 VHS | | |
| 12A | 10/23/01 Transcript | | |
| 13 | 11/6/01 VHS | | |
| 13A | 11/6/01 Transcript | | |
| 14 | 1/14/02 VHS | | |
| 14A | 1/14/02 Transcript | | |
| 15 | 1/31/02 VHS | | |
| 15A | 1/31/02 Transcript | | |
| 16 | 2/7/02 VHS | | |
| 16A | 2/7/02 Transcript | | |
| 17 | 2/22/02 VHS | | |
| 17A | 2/22/02 Transcript | | |
| 18 | 3/15/02 VHS | | |
| 18A | 3/15/02 Transcript | | |
| 19 | 5/31/02 VHS | | |
| 19A | 5/31/02 Transcript | | |
| 20 | 3/13/03 Audiotape | | |
| 20A | 3/13/03 Transcript | | |
| 21 | Usury Stipulation | | |
| | | | |

EXHIBIT LIST
U.S. v. ARMANDO BOTTA
CRIMINAL NO. 05-30002-MAP

| EXHIBIT NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

EXHIBIT LIST
U.S. v. ARMANDO BOTTA
CRIMINAL NO. 05-30002-MAP

| EXHIBIT NO. | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |