UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ARMANDO BOTTA

CASE NO. 05-30002-MAP

**VERDICT FORM**

WE, THE JURY, FIND THE DEFENDANT ~~GUILTY~~ NOT GUILTY OF KNOWINGLY COLLECTING AN EXTENSION OF CREDIT BY EXTORTIONATE MEANS

6/23/06
DATE

Marianne Hoag
FOREPERSON'S SIGNATURE

(VERDICT.WPD - 10/96)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ARMANDO BOTTA

CASE NO. 05-30002-MAP

**VERDICT FORM**

WE, THE JURY, FIND THE DEFENDANT ~~GUILTY~~   NOT GUILTY   OF CONSPIRACY TO COLLECT AN EXTENSION OF CREDIT BY EXTORTIONATE MEANS

6/22/06
DATE

Marianne Hoag
FOREPERSON'S SIGNATURE

(VERDICT.WPD - 10/96)