AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
| V. | |
| ARMANDO BOTTA | |
| | CASE NUMBER: 05-30002-002-MAP |

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_(signature)_
Signature of Judicial Officer

MICHAEL A. PONSOR, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

June 23, 2006
Date